IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES F. PRINGLE, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-23-00809-JD |
| LAWRENCE RACCONI, ET AL., | ) ) ) |
| Defendants. | ) |

# ORDER

Before the Court is the Report and Recommendation ("R. & R.") [Doc. No. 6] of United States Magistrate Judge Suzanne Mitchell, recommending that Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. No. 2] be denied. [Doc. No. 6 at 1]. Judge Mitchell advised Plaintiff of his right to object to the R. & R. by October 12, 2023. *Id.* at 5.

On October 13, 2023, the Court received the full filing fee payment from Plaintiff. [Doc. No. 7]. Considering Plaintiff's payment and the fact he did not file any objection to the R. & R. by the deadline, the Court accepts the R. & R. [Doc. No. 6] and deems his motion to proceed *in forma pauperis* [Doc. No. 2] to be moot since the filing fee requirement has been satisfied by Plaintiff. Therefore, the motion [Doc. No. 2] is denied.

IT IS SO ORDERED this 30th day of November 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE